## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

TERRY SLY

    VS                                        CASE NO.  5:05cv95/SPM/EMT

DEPARTMENT OF CORRECTIONS, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on   October 26, 2005

Type of Motion/Pleading: <u>MOTION TO RECONSIDER FIRST MOTION</u>

Filed by: <u> Plaintiff </u>   on <u> 10/26/2005 </u>   Document   <u>27</u>

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                                    on _____    Doc.# _____

                                                    on _____    Doc.# _____

                                                    WILLIAM M. McCOOL, CLERK OF COURT

                                                    <u>/s/ *C. Justice*</u>
                                                    Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this <u>28</u>th day of <u> October </u>, 2005 that:

(a) Plaintiff has failed to show that the Report and Recommendation issued on October 19, 2005 (Doc. 25) was clearly erroneous or contrary to law, therefore, the motion for reconsideration is **DENIED**. As Plaintiff was advised in the Report and Recommendation, he may file objections to the proposed findings and recommendations with the district court within ten days after receiving a copy of the Report and Recommendation.

                                                    <u>/s/ *Elizabeth M. Timothy*</u>
                                                   **ELIZABETH M. TIMOTHY**
                                                   **UNITED STATES MAGISTRATE JUDGE**

Entered On Docket: _____    By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

Document No.