UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY L. SLY,

      Plaintiff,

VS                                                                    CASE NO. 5:05CV95-RS

DEP'T OF CORRECTIONS, et al.,

      Defendants.

**ORDER**

I have considered the magistrate judge's Report and Recommendation (Doc. 25), the plaintiff's motion to reconsider first motion (Doc. 27), and the magistrate judge's order of October 28, 2005 (Doc. 28).

IT IS ORDERED:

1. The magistrate judge's report and recommendation (Doc. 25) is accepted and adopted as the opinion of the court.

2. The plaintiff's complaint is dismissed without prejudice.

3. Because the plaintiff's complaint is dismissed without prejudice, the plaintiff's motion to refile (Doc. 29) is moot.

4. The clerk shall enter judgment accordingly and close the file.

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: _____
_____
_____

Document No.

ORDERED on December 20, 2005.

        /s/ Richard Smoak
        RICHARD SMOAK
        UNITED STATES DISTRICT JUDGE